IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        4:05CR00305      SWW

CHRISTOPHER STEPHEN BRUCKS

### ORDER MODIFYING CONDITIONS OF PRETRIAL DETENTION

On Motion of Defendant (DE# 456) and without objection by the United States, this court's order setting conditions of release signed March 7, 2006 is hereby amended as follows:

Page 2, section 7(t)(iii) is changed to section 7(t)(ii) to reflect that defendant Brucks shall be subject to **Home Detention.** This modification will allow defendant Brucks to accept employment officiating youth league softball games.

All other conditions of release remain in effect.

IT IS SO ORDERED this 6th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE