# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:05CR00305-007 SWW

CHRISTOPHER STEPHEN BRUCKS

ORDER

The above defendant appeared before the Court on August 10, 2006, to enter a guilty plea, and the Court found that he should be detained, and defendant was taken into custody. The government now has advised the Court that it no longer is requesting defendant's detention at this time.

IT IS THEREFORE ORDERED that defendant be, and he hereby is, released from custody immediately.

Defendant is reminded that he shall abide by all conditions of release as set forth in the previous order setting his conditions of release except that his conditions of release are modified to terminate the condition of home detention with electronic monitoring.

IT IS SO ORDERED this 11th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE